IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                 )     Plaintiff, ) | No. 1:10-MJ-00214 DLB |
|      vs.                            ) | ORDER OF RELEASE |
| FERNANDO GOMEZ-BECERRA     ) | |
|                                Defendant.     ) | |

The above- named defendant having been sentenced by U.S. Magistrate Judge Sandra M. Snyder on August 12, 2010, to 17 days with credit for time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: 8/12/2010


/s/ SANDRA M. SNYDER
SANDRA M. SNDYER
U.S. Magistrate Judge

12/6/06 ordrelease.form

1